**FILED**
JUN 2 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,   )<br>  )<br>v.   )<br>  )<br>ROBERT REY,   )<br>  )<br>           Defendant.   )<br>_____) | Case No. 03CR1109-BTM-4<br><br><br>ORDER EXONERATING BOND |

**IT IS HEREBY ORDERED**, good cause having been shown, that the criminal bond in the above-captioned case with respect to Defendant Robert Rey, be exonerated, and that the trust deed with respect to the property located at 4429 Paula Street, Lakewood, California 90713, which was initially used to secure appearance in U.S. District Court, Central District of California, at Riverside, case number ED03-0104-M, be released and reconveyed to Jason R. Schlessinger, and that all documents related to the release and reconveyance be mailed to Jason R. Schlessinger, 4429 Paula Street, Lakewood, California, 90713.

**IT IS SO ORDERED.**

Dated: 6/26/07

**HONORABLE BARRY TED MOSKOWITZ**
United States District Judge